# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>David J. Evans and Katlyn M. Evans | CHAPTER: 13 |
| Debtor(s) | CASE NO. 5:24-bk-00594 |

## NOTICE

The confirmation hearing on the 1st Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: July 11, 2024  Time: 10:00 AM

Location: U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA

The deadline for filing objections to confirmation of the Plan is: July 4, 2024.

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: May 30, 2024                    Filed by: /s/Charles Laputka, Esquire
                                      Counsel for Debtor