UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CHAPTER 13 |
| David J. Evans and | |
| Katlyn M. Evans | |
| Debtors | CASE NO. |

## CERTIFICATE OF SERVICE

I, Charles Laputka, Esquire, do hereby certify that on the 30th~~25th~~ day of ~~August, 2023~~May, 2024, a true and correct copy of the attached Confirmation Hearing Notice was served by first-class, postage prepaid U. S. mail and/or via electronic delivery through the U.S. Bankruptcy Court's ECF system upon all creditors listed in the creditor matrix as well as the individuals set forth below:

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov

Denise E. Carlon, Esquire
KML Law Group, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106
bkgroup@kmllawgroup.com

Affirm Inc
650 California St - FL 12
San Francisco, CA 94108

Capital One
PO Box 31293
Salt Lake City, UT 84131

Capital One
PO BOX 85520
Richmond, VA 23285

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One/Walmart
PO Box 31293
Salt Lake City, UT 84131

Kohls/Capital One
PO BOX 3115
Milwaukee, WI 53201

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

M&T Bank
1 Fountain Plaza
Buffalo, NY 14203

M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

Midland Credit Management
350 Camino Del La Reina - Ste 100
San Diego, CA 92108

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090

Portfolio Recovery Associates
120 Corporate Blvd., Suite 100
Norfolk, VA 23502

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

SYNCB/Sams Club DC
PO BOX 71727
Philadelphia, PA 19176

U.S. Department of Housing and Urban Development
801 Market Street
Philadelphia, PA 19107


   Date: ~~August 25, 2023~~May 31, 2024                        Laputka Law Office, LLC

                                         /s/ Charles Laputka, Esquire
                                         Charles Laputka, Esq.
                                         Attorney for Debtor
                                         PAID: 91984
                                         1344 W. Hamilton St.
                                         Allentown, PA 18102
                                         610/477-0155
                                         Claputka@laputkalaw.com