United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 24-00594-MJC

David Joseph Evans                                                         Chapter 13

Katlyn Marie Evans

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 11, 2026 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

**Recip ID**         **Recipient Name and Address**

+ SEKISUI KYDEX, ATTN: PAYROLL ADMINISTRATOR, 6685 LOW STREET, BLOOMSBURG, PA 17815-8613

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Debtor 2 Katlyn Marie Evans ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;Laputka.CharlesB@notify.bestcase.com;laputka.charlesb@notify.bestcase.com |
| Charles Laputka | on behalf of Debtor 1 David Joseph Evans ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;Laputka.CharlesB@notify.bestcase.com;laputka.charlesb@notify.bestcase.com |
| J Eric Kishbaugh | on behalf of Creditor M&T BANK jkishbaugh@udren.com  vbarber@udren.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |

District/off: 0314-5

Date Rcvd: Jun 11, 2026

User: AutoDocke

Form ID: pdf010

Page 2 of 2

Total Noticed: 1

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5:24-BK-00594-MJC |
| | : | |
| DAVID JOSEPH EVANS and | : | CHAPTER 13 |
| KATLYN MARIE EVANS, | : | |
| DEBTORS | : | |
| | : | |
| DAVID JOSEPH EVANS | : | |
| | : | |
| MOVANT | : | DOCKET NO. |
| | : | |
| vs. | : | |
| | : | |
| SEKISUI KYDEX, | : | |
| 6685 LOW STREET | : | |
| BLOOMSBURG, PA 17815 | : | |
| Attention: Payroll Administrator | : | |
| | : | |
| RESPONDENTS | : | |
| and | : | |
| | : | |
| JACK N. ZAHAROPOULOS, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| | : | |
| | : | |
| Social Security No. xxx-xx-5289. | : | |

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

Upon representation of the above-named Debtor, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan

IT IS HEREBY ORDERED that until further order of this Court, the entity from which the Debtor receives income:

> SEKISUI KYDEX
> ATTN:  PAYROLL ADMINISTRATOR
> 6685 LOW STREET
> BLOOMSBURG, PA 17815

Shall deduct from said income the sum of Seventy-Four Dollars and Fifty Four Cents ($74.54) weekly (each pay period), for a monthly total of Three Hundred Twenty-Three Dollars ($323.00) beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

JACK N. ZAHAROPOULOS ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 6008
MEMPHIS, TN 38101-6008

IT IS FURTHER ORDERED that the above-named entity shall notify the Debtor's attorney, Laputka Law Office, Charles Laputka, Esquire. 1344 W. Hamilton Street, Allentown, PA 18102, 610-477-0155, if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the debtor shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: June 11, 2026